201 F.2d 371
 ST. REGIS PAPER COMPANY, Appellant,
v.
LOUISVILLE & NASHVILLE RAILROAD COMPANY, Appellee.
 No. 14066.
 United States Court of Appeals Fifth Circuit.
 February 9, 1953.
 
 Appeal from the United States District Court for the Northern District of Florida; Dozier A. DeVane, Judge.
 J. McHenry Jones, Pensacola, Fla., Jones & Harrell, Pensacola, Fla., for appellant.
 J. E. D. Yonge (of Yonge, Beggs & Lane), Pensacola, Fla., for appellee.
 Before HUTCHESON, Chief Judge, and STRUM and RIVES, Circuit Judges.
 PER CURIAM.
 
 
 1
 For the reasons well stated in the opinion of the District Court reported as Louisville & N. R. Co. v. St. Regis Paper Company, 102 F.Supp. 713, the judgment is
 
 
 2
 Affirmed.